UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P669-S

RONALD L. JORDAN II                                                                              PLAINTIFF

v.

LOUISVILLE METRO DEPARTMENT OF CORRECTIONS *et al.*            DEFENDANTS

**MEMORANDUM OPINION**

Plaintiff Ronald L. Jordan II filed four actions in this Court, each listing his address as the Louisville Metro Department of Corrections. The Court dismissed two of the more recently filed actions on October 27, 2008, as abandoned because orders from this Court were returned to the Court by the United States Postal Service marked "Return to Sender - Inmate Not In Custody." *See* Civil Action Nos. 3:08CV-237-H and 3:08CV-297-H.

Apparently, Plaintiff is no longer incarcerated at the Louisville Metro Department of Corrections, his address of record in all actions, and he has not advised the Court of any change in his address. Upon filing the instant action, however, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Because Plaintiff has not provided any forwarding address to the Court, neither notices from this Court nor filings by Defendants can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained

dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the case by separate Order.

Date:

cc:     Plaintiff, *pro se*
4411.005