UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P669-S

**RONALD L. JORDAN II**                                                                                                    **PLAINTIFF**

**v.**

**LOUISVILLE METRO DEPARTMENT OF CORRECTIONS** *et al.*            **DEFENDANTS**

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED without prejudice** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
4411.005